■ STEPHANIE LE, Respondent, v KEVIN LE, Appellant. [918 NYS2d 377]—

The Supreme Court providently exercised its discretion in granting that branch of the motion of the plaintiff former wife which was for an award of counsel fees incurred in enforcing a judgment of divorce after the defendant former husband unjustifiably refused to consent to the release of monies held in escrow after the marital home was sold pursuant to the judgment (*see* Domestic Relations Law § 238; *Schiffer v Schiffer*, 55 AD3d 714, 715 [2008]). However, since the plaintiff requested counsel fees only in the sum of $5,000 in her motion, and in light of the parties' financial circumstances, the Supreme Court

improvidently exercised its discretion in awarding the plaintiff the sum of $9,390.50 (*see* Domestic Relations Law § 238; *Lee v Lee*, 57 AD3d 487 [2008]). Thus, we reduce the award to $5,000.

The defendant's remaining contentions are without merit. Covello, J.P., Lott, Roman and Miller, JJ., concur.